# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136547 & (32)(33)(34)(35)(36)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 136547
COA: 279046
Wayne CC: 03-004131

DWAYNE EDWARD HALL,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the April 3, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions for miscellaneous relief and motion for appointment of counsel are DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

s1020